UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD MEJIA, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

KOHGENDO USA, INC.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/25/2022_

22 Civ. 5350 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 7, 2022, the Court ordered the parties to submit a joint status letter and proposed case management plan by October 20, 2022. ECF No. 18. Those submissions are now overdue. Accordingly, by **October 31, 2022**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated: October 25, 2022
      New York, New York

                                  ANALISA TORRES
                                United States District Judge